E-Filed: **11/25/08**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THYRONE RYAN STEWART, | ) NO. EDCV 08-1647-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES YATES, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   11/23/08   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE